**No. 47067.**—Protests 47421–K, etc., of Geo. Borgfeldt Corp. (Baltimore).

Opinion by OLIVER, P. J. Certain of the plain woven cotton cloth table covers and napkins in question were held dutiable at 30 percent under paragraph 911 (b) in view of T. D. 50277, in accordance with stipulation of counsel.

**No. 47068.**—Protests 49936–K, etc., of Geo. Borgfeldt Corp. (New York).

Opinion by OLIVER, P. J. Certain of the plain woven cotton cloth table covers and napkins in question were held dutiable at 30 percent under paragraph 911 (b) in view of T. D. 50277, in accordance with stipulation of counsel.

**No. 47069.**—Protests 993271–G, etc., of Lehn & Fink Products Corp. et al. (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel and on the authority of *Lehn & Fink* v. *United States* (7 Cust. Ct. 182, C. D. 564) certain of the items in question were held dutiable at 20 percent ad valorem and 3½ cents per pound under paragraph 27 (b) as claimed.

**No. 47070.**—Protests 957908–G, etc., of Young's Market Co. (Los Angeles).

Opinion by OLIVER, P. J. At the trial counsel for the respective parties agreed that the whisky and the containers therefor were entered under a special permit whereby no indicia was required to be blown into such containers; that the containers were of equal value to the whisky contained therein; and that such containers are properly classifiable at 20 percent ad valorem under paragraph 218 (f), Tariff Act of 1930, and at 20 percent ad valorem under paragraph 810. In view of this agreement the court held the merchandise in question to be properly dutiable at 20 percent ad valorem under paragraph 218 (f) and at 20 percent under paragraph 810. The protests were sustained to the extent indicated.